AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

JAMES A. MICHAEL

*Plaintiff(s)*

v.

NCB MANAGEMENT SERVICES, INC.

*Defendant(s)*

Civil Action No. 1:21-cv-00238-TWP-DLP

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   NCB MANAGEMENT SERVICES, INC.
c/o REGISTERED AGENT
C T CORPORATION SYSTEM
334 NORTH SENATE AVENUE
INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Metroff, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/29/2021     *Signature of Clerk or Deputy Clerk*

[SERVED watermark]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00238-TWP-DLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NCB Management Services Inc was received by me on *(date)* Feb 8, 2021, 1:09 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Patrick Jones - Legal Processor , who is designated by law to accept service of process on behalf of *(name of organization)* NCB Management Services Inc on *(date)* Mon, Feb 08 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2/8/21

*Server's signature*

Raymond Bandy, Process Server

*Printed name and title*

5335 N Tacoma Ave Ste 5, Indianapolis, IN 46220

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 8, 2021, 2:59 pm EST at 334 N Senate Ave, Indianapolis, IN 46204 received by Patrick Jones - Legal Processor. Age: 39; Ethnicity: Caucasian; Gender: Male; Weight: 165; Height: 5'9"; Hair: Black;